# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| PALMETTO STATE ARMORY, LLC, | ) Case No. 3:23-CV-5890-JDA |
| *Plaintiff,* | ) |
| v. | ) |
| SHIELD ARMS, LLC | ) |
| *Defendant.* | ) |

## FINAL JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY

**DECISION BY THE COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered. **IT IS ORDERED AND ADJUDICATED** as follows:

The Court hereby enters an appealable final judgment of non-infringement and invalidity in favor of Plaintiff Palmetto State Armory, LLC. The Court further **FINDS** and **ORDERS**:

A. The accused products in this litigation do not satisfy at least Claim Terms 4, 5, 12-15 and 21, as the Court construed those Terms in the Claim Construction Order.

B. The Court's finding Terms 3, 6-11 and 22-23 indefinite renders each of the Asserted Claims (claim 5 and 7 of the '102 Patent, claim 12 of the '418 Patent, claim 10 of the '419 Patent and claims 11-13 of the '363 Patent) indefinite under 35 U.S.C. §112.

C. The parties shall have the same right of appeal they would have had in the event a final judgment of non-infringement and invalidity under §112 had been entered following either a dispositive ruling by the Court or a jury verdict. The intent of this stipulation is to produce an

appealable final judgment. *See Mantech Env't Corp. v. Hudson Env't Servs., Inc.*, 152 F.3d 1368, 1371 (Fed. Cir. 1998).

Each party is to bear its own costs.

**IT IS SO ORDERED.**

s/ Jacquelyn D. Austin
Jacquelyn D. Austin
United States District Judge

Dated: August 26, 2025
Columbia, South Carolina